# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL DARRYL YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. KIETZ, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01741-LJO-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO SUBMIT THE CORRECT FORM OR PAY THE FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(ECF No. 3) |

Plaintiff is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On September 22, 2014, Plaintiff filed a complaint and an application to proceed in forma pauperis in this action.  (ECF Nos. 1, 2.)  The form application Plaintiff submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is denied without prejudice;

2. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

///

1

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **September 23, 2014**

UNITED STATES MAGISTRATE JUDGE

2