# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL DARRYL YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. KIETZ,<br><br>　　　　Defendant. | Case No.  1:14-cv-01471-LJO-SAB<br><br>ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff is a state prisoner proceeding pro se in this action.  On September 22, 2014, Plaintiff field the complaint in this action along with an application to proceed in forma pauperis. (ECF Nos. 1, 2.)  On September 23, 2014, the Court denied Plaintiff's application to proceed in forma pauperis because it lacked the requisite authorization from Plaintiff allowing prison officials to deduct trust fund account funds as available to pay the filing fee.  See 28 U.S.C. § 1915(b)[1].

---

[1] 28 U.S.C. § 1915(b) states:
　　(b)(1) Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—
　　(A) the average monthly deposits to the prisoner's account; or
　　(B)  the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.
　　(2) After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.  The agency having custody of the prisoner shall forward payments

However, in the order denying Plaintiff's original application, the Court erroneously sent Plaintiff the wrong application to proceed in forma pauperis form.  The form sent by the Court was not the form intended for prisoner litigants and did not include the requisite authorization allowing prison officials to deduct trust account funds as available to pay the filing fee.

Accordingly, the Court will order the Clerk of the Court to send Plaintiff the correct in forma pauperis form.  Plaintiff is ordered to submit the correct form within thirty (30) days.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a prisoner application to proceed in forma pauperis; and

2. Plaintiff shall submit the corrected in forma pauperis application within thirty (30) days.

IT IS SO ORDERED.

Dated:   **October 16, 2014**

UNITED STATES MAGISTRATE JUDGE

---

from the prisoner's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fees are paid.